UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DOUGLAS SMALLWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:06-CV-447 PS |
| ) | |
| OFFICER SHELDON SCOTT, ) | |
| ) | |
| Defendant. ) | |

### *REPORT AND RECOMMENDATION*

On December 1, 2006, this court ordered the plaintiff to show cause why this case should not be dismissed for want of prosecution when he neither appeared for a Telephonic Status Conference nor provided this court with at telephone number where he could be reached. That order was returned to the court because he has not provided the court with a current address.

Therefore, the Court **RECOMMENDS** that this case be dismissed without prejudice for want of prosecution pursuant to FED. R. CIV. P. 41(b).

**NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. FED. R. CIV. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER. See Thomas v. Arn, 474 U.S. 140 (1985); Lerro v. Quaker Oats Co., 84 F.3d 239 (7th Cir. 1996); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986).**

SO ORDERED.

Dated this 22nd Day of December, 2006.

s/Christopher A Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge