UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DOUGLAS SMALLWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06-CV-447 PS |
| | ) | |
| OFFICER SHELDON SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 1, 2006, the Court ordered Plaintiff to show cause why this case should not be dismissed for want of prosecution when he failed to appear for a November 30, 2006, telephonic status conference and failed to provide the Court with a telephone number where he could be reached. [Doc. 20.]  The Court's Order to Show Cause was returned to this Court because Plaintiff failed to provide the Court with a current address. [*Id.*]

On December 22, 2006, the United States Magistrate Judge entered a Report and Recommendation, recommending this case be dismissed without prejudice for want of prosecution pursuant to Federal Rule Civil Procedure 41(b). [Doc. 23.]

Pursuant to 28 U.S.C. §636(b)(1), the parties were given ten days after being served with a copy of Magistrate Judge Cherry's Recommendation to file a written objection thereto.  They were warned that a failure to file a timely objection would result in the waiver of the right to challenge the Recommendation before either the District Court or the Court of Appeals.  *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994).  Neither party filed an objection within the allotted time.

This Court hereby **ADOPTS** the Magistrate Judge's Recommendation and **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED.**

ENTERED: April 13, 2007

<u>S/ Philip P. Simon</u>
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT